1   Frank Woodson
    Navan Ward
2   **BEASLEY, ALLEN, CROW, METHVIN,**
    **PORTIS & MILES, P.C.**
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone:  334-269-2343
5   Facsimile:  334-954-7555
    Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   IN RE: BEXTRA AND CELEBREX             **MDL NO. 1699**
     MARKETING SALES PRACTICES AND          **District Judge:  Charles R. Breyer**
13   PRODUCT LIABILITY LITIGATION

14   This Document Relates To:

15   *James Alan Bell vs. G.D. Searle LLC, et al.*   **AMENDED STIPULATION AND**
     (05-4450 CRB)                                    **ORDER OF DISMISSAL WITH**
16                                                     **PREJUDICE**

17   *James Rogers Fanning vs. G.D. Searle LLC, et*
     *al.*
18   (05-4453 CRB)

19   *John J. Driscoll vs. Pfizer Inc, et al.*
     (05-4584 CRB)

20   *Barbara Clem vs. G.D. Searle LLC, et al.*
     (05-4736 CRB)
21

22   *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
     (05-5360 CRB)

23   *Johnny Edwards vs. Pfizer Inc, et al.*
     (06-1914 CRB)
24

25   *William Crowley vs. Pfizer Inc*
     (06-2668 CRB)

26   *Connie B. Anderson vs. Pfizer Inc, et al.*
     (06-2784 CRB)
27

28   *Tracy Baral vs. Pfizer Inc, et al.*
     (06-2912 CRB)

                              -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2
*Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

3
*Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

4

5
*Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

6
*Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

7

8
*James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

9
*Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

10

11
*Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

12
*Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

13

14
*David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

15
*Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

16

17
*Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

18
*Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

19

20
*Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

21
*Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

22

23
*Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

24
*Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

25

26
*Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

27
*Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

| | |
|---|---|
| 1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.* (06-7523 CRB) |
| 2 | |
| 3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.* (06-7524 CRB) |
| 4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.* (06-7770 CRB) |
| 5 | |
| 6 | *Christene Canada vs. Pfizer Inc, et al.* (06-7771 CRB) |
| 7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.* (06-7772 CRB) |
| 8 | |
| 9 | *Dannie Graham vs. Pfizer Inc, et al.* (06-7774 CRB) |
| 10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.* (06-7775 CRB) |
| 11 | |
| 12 | *Michael Fisher vs. Pfizer Inc, et al.* (07-0761 CRB) |
| 13 | *George S. Chiotakis vs. Pfizer Inc, et al.* (07-0860 CRB) |
| 14 | |
| 15 | *Ricky Estep vs. Pfizer Inc, et al.* (07-0971 CRB) |
| 16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.* (07-1124 CRB) |
| 17 | |
| 18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.* (07-1356 CRB) |
| 19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.* (07-1371 CRB) |
| 20 | |
| 21 | *Richard L. Bowden vs. Pfizer Inc, et al.* (07-1375 CRB) |
| 22 | *Betty Grulke vs. Pfizer Inc, et al.* (07-1768 CRB) |
| 23 | |
| 24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.* (07-1874 CRB) |
| 25 | *Phyllis Buonopane vs. Pfizer Inc, et al.* (07-2026 CRB) |
| 26 | |
| 27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.* (07-3034 CRB) |
| 28 | *Betty Lou Bass vs. Pfizer Inc, et al.* |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1 | (07-3643 CRB)

2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
    (07-3646 CRB)

3

4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
    (07-3955 CRB)

5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.*
    (07-4382 CRB)

6

7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.*
    (07-4983 CRB)

8 | *James Darty vs. G.D. Searle LLC, et al.*
    (07-5399 CRB)

9

10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
     (07-5590 CRB)

11 | *Morris Adams, et al. vs. Pfizer Inc, et al.*
     (07-5591 CRB)

12

13 | *Peter Fos vs. Pfizer Inc, et al.*
     (07-5685 CRB)

14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
     (07-5703 CRB)

15

16 | *Vivian Cobb vs. Pfizer Inc, et al.*
     (08-0257 CRB)

17 | *Roberta Bowman vs. Pfizer Inc, et al.*
     (08-0303 CRB)

18

19 | *Harriet Bratcher vs. Pfizer Inc, et al.*
     (08-0795 CRB)

20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.*
     (08-0977 CRB)

21

22 | *Ramond Beaver vs. Pfizer Inc, et al.*
     (08-1015 CRB)

23 | *Robert Colman vs. Pfizer Inc, et al.*
     (08-1016 CRB)

24

25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
     (08-1224 CRB)

26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
     (08-1351 CRB)

27

28 | *Tim Gray vs. Pfizer Inc, et al.*
     (08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1
2  *Owen L. May, et al. vs. Pfizer Inc, et al.*
   (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
5  *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
   (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
8  *Velma Burt vs. Pfizer Inc, et al.*
   (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
11 *Lawanda Bell vs. Pfizer Inc, et al.*
   (08-3708 CRB)

12      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15  each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22      DATED: |0|2$|2009     By: *[signature] Karan Warel J.*

23

24          **BEASLEY, ALLEN, CROW, METHVIN,**
            **PORTIS & MILES, P.C.**
            218 Commerce Street
25          P.O. Box 4160
            Montgomery, Alabama 36103
26          Telephone: 334-269-2343
            Facsimile: 334-954-7555
27
            *Attorneys for Plaintiffs*
28

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1

1    DATED: Oct. 29, 2009      By: _____

2

3                              **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
4                              New York, New York 10020
                              Telephone: 212-335-4500
5                              Facsimile: 212-335-4501

6                              *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009      _____

12                            Hon. Charles R. Breyer
                              United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**